United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8      IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   BILLY DRIVER JR.,                )   No. C 10-02226 JF (PR)
                                      )
12            Plaintiff,              )   ORDER GRANTING EXTENSION
                                      )   OF TIME TO FILE CERTIFICATE
13      vs.                           )   OF FUNDS IN PRISONER'S
                                      )   ACCOUNT
14                                    )
     WARDEN B. HEDRICK, et al.,       )
15                                    )
              Defendants.             )
16                                    )
                                      )
17

18   On May 24, 2010, Plaintiff initiated this action in pro se by filing an affidavit.
19   At the direction of the clerk of the Court, Plaintiff filed a complaint pursuant to 42
20   U.S.C. § 1983, on June 25, 2010. (Docket No. 4.) Plaintiff was also directed to file
21   an application to proceed in forma pauperis, having failed to pay the filing fee.
22   (Docket No. 2.) On July 9, 2010, Plaintiff filed a motion for leave to proceed in
23   forma pauperis. (Docket No. 7.) However, the application is insufficient because
24   Plaintiff failed to submit a Certificate of Funds in Prisoner's Account completed and
25   signed by an authorized officer of the institution. (Id. at 5.) In the interest of justice,
26   the Court will grant Plaintiff an extension of time to submit a completed Certificate
27   of Funds to avoid dismissal of this action.
28      Plaintiff shall submit the completed Certificate of Funds within **thirty (30)**

Order Granting Extension of Time
P:\PRO-SE\SJ.JF\CR.10\Driver02226_eot-ifp.wpd

1  **days** of the date this order is filed.  **Failure to comply with this order in the time
2  provided shall result in the Court's dismissal of this action without prejudice
3  without further notice to Plaintiff.**
4       The clerk of the Court shall enclose two blank copies of the "Certificate of
5  Funds in Prisoner's Account" with a copy of this order to Plaintiff.
6       IT IS SO ORDERED.
7  DATED: 8/3/10
                                    _____
8                                    JEREMY FOGEL
                                    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR..,

        Plaintiff,

  v.

B. HEDRICK, et al.,

        Defendants.
                              /

Case Number: CV10-02226 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/11/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Billy Driver D-35391
CA State Prison-Folsom(New)
P.O. Box 290066
A4 Cell #A102
Represa, CA 95671-0066

Dated:   8/11/10

                                            Richard W. Wieking, Clerk