1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    BILLY DRIVER, JR.,                          No. C 10-2226 SI (pr)

9            Plaintiff,                          **ORDER**

10        v.

11   B. HEDRIC, warden; et al.,

12           Defendants.
                                        /
13

14          Plaintiff has requested for a third time that counsel be appointed to assist him in this

15   action.  A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to

16   represent an indigent civil litigant in exceptional circumstances.  See Wilborn v. Escalderon, 789

17   F.2d 1328, 1331 (9th Cir. 1986).  This requires an evaluation of both the likelihood of success

18   on the merits and the ability of the plaintiff to articulate his claims pro se in light of the

19   complexity of the legal issues involved.  See id.  Neither of these factors is dispositive and both

20   must be viewed together before deciding on a request for counsel under § 1915(e)(1).  Here,

21   exceptional circumstances requiring the appointment of counsel are not evident.  The request for

22   appointment of counsel is DENIED.  (Docket # 34.)

23          Plaintiff sent a letter requesting a copy of the court's Local Rules.  Copies of the Local

24   Rules were mailed to prisons throughout California, and plaintiff may be able to review a copy

25   of the Local Rules at his prison's law library.

26          IT IS SO ORDERED.

27   Dated: November 9, 2011                      _____

28                                                SUSAN ILLSTON
                                                  United States District Judge

*United States District Court*
*For the Northern District of California*