UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

    Plaintiff,

v.

B. HEDRIC, warden; et al.,

    Defendants.
                            /

No. C 10-2226 SI (pr)

**ORDER EXTENDING DEADLINES**

Defendant Hedrick filed an <u>ex parte</u> request for a 60-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Jay Goldman, the court GRANTS the request. (Docket # 36.) The court grants more than the requested 60-day extension because several of the defendants have not yet appeared in this action. The court now sets the following new briefing schedule for dispositive motions:

    1.    Defendants must file and serve their dispositive motion no later than **February 24, 2012**.

    2.    Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 30, 2012**.

    3.    Defendants must file and serve their reply brief (if any) no later than **April 13, 2012**.

    IT IS SO ORDERED.

Dated: November 29, 2011

                                                                  _____
                                                                    SUSAN ILLSTON
                                                              United States District Judge