**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   BILLY DRIVER, JR.,                          No. C 10-2226 SI (pr)

9              Plaintiff,                        **ORDER EXTENDING DEADLINES**

10       v.

11  B. HEDRIC, warden; et al.,

12             Defendants.
                                          /
13

14        Defendants filed an *ex parte* request for a 60-day extension of time to file a dispositive

15  motion.  Upon due consideration of the request and the accompanying declaration of attorney

16  Jay Goldman, the court GRANTS the request.  (Docket # 43.)  The court now sets the following

17  new briefing schedule for dispositive motions:

18        1.    Defendants must file and serve their dispositive motion no later than **May 4, 2012**.

19        2.    Plaintiff must file and serve on defense counsel his opposition to the dispositive

20  motion no later than **June 8, 2012**.

21        3.    Defendants must file and serve their reply brief (if any) no later than **June 25,**

22  **2012**.

23        IT IS SO ORDERED.

24  Dated: February 28, 2012

25                                        _____
                                                 SUSAN ILLSTON
26                                           United States District Judge

27

28