UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. C 10-2226 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| B. HEDRIC, warden; et al., | |
| Defendants. | |

Defendants filed an *ex parte* request for a 60-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Jay Goldman, the court GRANTS the request. (Docket # 43.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **May 4, 2012**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **June 8, 2012**.

3. Defendants must file and serve their reply brief (if any) no later than **June 25, 2012**.

IT IS SO ORDERED.

Dated: February 28, 2012

_____
SUSAN ILLSTON
United States District Judge