UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. C 10-2226 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTIONS FOR DEFAULT AND DEFAULT JUDGMENT** |
| v. | |
| B. HEDRIC, warden; et al., | |
| Defendants. | |

Plaintiff's motion for entry of default and motion for judgment by default are DENIED. (Docket # 48 and # 49.). In his motion for judgment by default, plaintiff wrote that default had been entered on February 24, 2012. Docket # 49, p. 1. That is false: default had not been entered. No defendant is in default; defendants have appeared in this action and currently have a deadline of May 4, 2012 to file and serve their dispositive motion.

IT IS SO ORDERED.

Dated: April 6, 2012

_____
SUSAN ILLSTON
United States District Judge