**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

        Plaintiff,

    v.

B. HEDRIC, warden; et al.,

        Defendants.

_____/

No. C 10-2226 SI (pr)

**ORDER DENYING MOTIONS FOR DEFAULT AND DEFAULT JUDGMENT**

Plaintiff's motion for entry of default and motion for judgment by default are DENIED. (Docket # 48 and # 49.).   In his motion for judgment by default, plaintiff wrote that default had been entered on February 24, 2012.  Docket # 49, p. 1.  That is false: default had not been entered.  No defendant is in default; defendants have appeared in this action and currently have a deadline of May 4, 2012 to file and serve their dispositive motion.

    IT IS SO ORDERED.

Dated: April 6, 2012

                        _____
                        SUSAN ILLSTON
                    United States District Judge