UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

    Plaintiff,

    v.

B. HEDRIC, warden; et al.,

    Defendants.

No. C 10-2226 SI (pr)

**ORDER DENYING MOTION FOR SANCTIONS**

A week after this action was dismissed and judgment entered, plaintiff filed a motion for sanctions against prison officials at the California State Prison - Los Angeles. (Docket # 71.) In his motion, plaintiff expressed displeasure that he had been placed in administrative segregation and not provided his property at CSP - Los Angeles. The problems described in the motion are unconnected to the claims alleged in this action, and the alleged wrongdoers mentioned in the motion are not the defendants in this action. The motion for sanctions is DENIED. (Docket # 71.) If plaintiff wants to complain about conditions of confinement at a prison in Los Angeles County, he may file a new civil rights action in the U.S. District Court for the *Central* District of California. This action is closed, and plaintiff should not file any more motions in it.

    IT IS SO ORDERED.

Dated: July 17, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge